**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 120098
*Attorneys for Plaintiff*



# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Veronica Squire-Johnson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Rubin & Rothman, LLC,<br><br>Defendant. | Case No: 1:21-cv-01143-WFK-SJB |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: July 1, 2021

**BARSHAY SANDERS, PLLC**

By:      /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878
Our File No: 120098
*Attorneys for Plaintiff*

**SO ORDERED.**

Dated: July 1, 2021
Brooklyn, New York

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE